NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PSC VSMPO-AVISMA CORPORATION AND VSMPO TIRUS, U.S., INC.,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**US MAGNESIUM LLC,**
*Defendant-Appellee.*

---

2012-1076

---

Appeal from the United States Court of International Trade in No. 09-CV-0349, Judge Jane A. Restani.

---

**JUDGMENT**

---

JOHN M. GURLEY, Arent Fox LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief was DIANA DIMITRIUC QUAIA.

RENEE GERBER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and CLAUDIA BURKE, Assistant Director.

STEPHEN A. JONES, King & Spalding LLP, of Washington, DC, argued for defendant-appellee US Magnesium LLC. With him on the brief was JEFFERY B. DENNING. Of counsel was JEFFREY MARK TELEP.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2013
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk